**No. 54091.**—George M. Graves Co., Inc., et al. *v.* United States, protests 532365–G, etc. (Boston).

Opinion by LAWRENCE, J.   The protests were dismissed.

**No. 54092.**—Waldburger & Huber et al. *v.* United States, protests 494636–G, etc. (New York).

Opinion by RAO, J.   The protests were dismissed.

BEFORE THE THIRD DIVISION, MARCH 2, 1950

**No. 54093.**—Standard Wine & Liquor Co., Inc. *v.* United States, protest 108268–K (Baltimore).

Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 54094.**—Queen Lace Co. *v.* United States, protest 49588–K (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54095.**—E. I. Dupont de Nemours & Co., Inc. *v.* United States, protests 61120–K and 62750–K (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54096.**—R. H. Macy & Co., Inc., et al. *v.* United States, protests 64103–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54097.**—John Forsythe Co., Inc. *v.* United States, protest 68315–K (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.